# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENNETH BRIDGMAN, et al. | Case No. 1:13-cv-00753-LJO-SKO |
| Plaintiffs, | **ORDER APPOINTING GUARDIAN AD LITEM** |
| v. | (Docket No. 2) |
| UNITED STATES OF AMERICA, et al., | |
| Defendant. | |

After reviewing the application of James Kenneth Bridgman and for good cause shown, **IT IS HEREBY ORDERED THAT** James Kenneth Bridgman shall be appointed Guardian Ad Litem for Sean Jennings in the above action.

IT IS SO ORDERED.

Dated: __October 8, 2013__        __/s/ Sheila K. Oberto__
UNITED STATES MAGISTRATE JUDGE