1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  JAMES KENNETH BRIDGMAN, et al.          Case No.  1:13-cv-00753-LJO-SKO

11              Plaintiffs,                 **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE**

12       v.                                 **RECOMMENDED FOR DISMISSAL**

13  UNITED STATES OF AMERICA,

14              Defendant.

15  _____/

16

17       Plaintiffs James Kenneth Bridgman, Janie Bridgman, and minor Sean

18  Jennings (collectively "Plaintiffs") filed a complaint against the United States on

19  May 21, 2013, alleging a claim under the Federal Tort Claims Act.  The case was set

20  for an initial scheduling conference on September 24, 2013.  (Doc. 6.)

21       Plaintiffs failed to file a proof of service; however, and there is no indication

22  on the docket that the United States has been served with the complaint.  Thus, on

23  September 19, 2013, the Court continued the September 24, 2013, scheduling

24  conference to October 29, 2013, and ordered Plaintiffs, no later than October 3,

25  2013, to either file a proof of service or a status report indicating whether Plaintiffs

26  intend to prosecute their case.  Fed. R. Civ. P. 4(m) (complaint must be served

27  within 120 days of filing).  Plaintiffs have filed neither a proof of service nor a

28  status report.

1   Accordingly, IT IS HEREBY ORDERED that **no later than October 17,**

2   **2013**, Plaintiffs shall file a statement   showing cause why this action should not be

3   recommended for dismissal due to Plaintiffs' failure to serve the complaint and

4   Plaintiffs' failure to comply with the order issued on September 19, 2013.

5

6

7   IT IS SO ORDERED.

8       Dated:    **October 8, 2013**                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28