# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENNETH BRIDGMAN, et al. | Case No. 1:13-cv-00753-LJO-SKO |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

Plaintiffs James Kenneth Bridgman, Janie Bridgman, and minor Sean Jennings (collectively "Plaintiffs") filed a complaint against the United States on May 21, 2013, alleging a claim under the Federal Tort Claims Act. The case was set for an initial scheduling conference on September 24, 2013. (Doc. 6.)

Plaintiffs failed to file a proof of service; however, and there is no indication on the docket that the United States has been served with the complaint. Thus, on September 19, 2013, the Court continued the September 24, 2013, scheduling conference to October 29, 2013, and ordered Plaintiffs, no later than October 3, 2013, to either file a proof of service or a status report indicating whether Plaintiffs intend to prosecute their case. Fed. R. Civ. P. 4(m) (complaint must be served within 120 days of filing). Plaintiffs have filed neither a proof of service nor a status report.

Accordingly, IT IS HEREBY ORDERED that **no later than October 17, 2013**, Plaintiffs shall file a statement showing cause why this action should not be recommended for dismissal due to Plaintiffs' failure to serve the complaint and Plaintiffs' failure to comply with the order issued on September 19, 2013.

IT IS SO ORDERED.

Dated: **October 8, 2013**                         **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE