℀AO 154 (10/03) Substitution of Attorney

**FILED**
MAR 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|

JAMES KENNETH BRIDGMAN, et al.
                    Plaintiff (s),
            V.
UNITED STATES OF AMERICA
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-CV-00753 LJO/SK

Notice is hereby given that, subject to approval by the court, __SEAN JENNINGS, a minor,__ substitutes
                                                                  (Party (s) Name)

__FRANK M. NUNES__, State Bar No. __176199__ as counsel of record in
(Name of New Attorney)

place of __THOMAS J. KEENE__.
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      LAW OFFICES OF FRANK M. NUNES, INC.
Address:        2505 W. SHAW AVENUE, SUITE 180, FRESNO, CA 93711
Telephone:      (559) 436-0850           Facsimile (559) 436-0802
E-Mail (Optional): info@nuneslaw.com

I consent to the above substitution.
Date:  1/8/2014
_/s/ James K. Bridgman_
JAMES KENNETH BRIDGMAN, Guardian ad Litem for Sean Jennings, a minor
(Signature of Party (s))

I consent to being substituted.
Date:  1/8/2014
_/s/ Thomas J. Keene_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  3/3/14
_/s/ Frank Nunes_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date:  3-4-14
_/s/ Sheila K. Oberto_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]