# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENNETH BRIDGMAN, JANIE BRIDGMAN, S.J., a minor, by JAMES KENNETH BRIDGMAN, his Guardian ad Litem,<br><br>           Plaintiffs,<br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No.:  1:13-CV-00753 LJO-SKO<br><br>**STIPULATION AND ORDER TO VACATE MID-DISCOVERY CONFERENCE** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, STIPULATES AS FOLLOWS:

Whereas, this matter was originally set for Settlement Conference on June 18, 2014, before Magistrate Judge Sandra M. Synder.  At that point, the parties had agreed to forego any further efforts on discovery in an effort to conserve resources in light of the pending settlement conference.

Whereas, the Settlement Conference was continued to July 2, 2014, at the Court's request.

Whereas, the parties have foregone discovery in anticipation that the case will resolve on July 2, 2014.  Based on the foregoing, counsel for each of the parties request that the Mid-Discovery Conference currently set for July 8, 2014, at 9:45 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto, be vacated as the case will either settled on July 2, 2014, or the parties will move forward with discovery.

Dated:  July 1, 2014                     LAW OFFICES OF FRANK M. NUNES, INC.

By   /S/   Frank M. Nunes
FRANK M. NUNES, Attorney for Plaintiffs,
JAMES KENNETH BRIDGMAN, JANIE
BRIDGMAN, S.J., a minor, by JAMES KENNETH
BRIDGMAN, his Guardian ad Litem

Dated: July 1, 2014            BENJAMIN B. WAGNER
United States Attorney

By   /S/   Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Mid-Discovery Status Conference set for July 8, 2014, at 9:45 a.m. in Courtroom 7, is vacated.

IT IS SO ORDERED.

Dated:   **July 1, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE