1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for the United States

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 JAMES KENNETH BRIDGMAN; JANIE       )  Case No. 1:13-CV-00753 SKO
   BRIDGMAN; SEAN JENNINGS, a minor, by )
11 JAMES KENNETH BRIDGMAN, his          )
   Guardian ad Litem,                   )  **STIPULATION FOR DISMISSAL**
12                                       )  **WITH PREJUDICE; ORDER**
                    Plaintiffs,          )
13                                       )
   v.                                    )
14                                       )
   UNITED STATES OF AMERICA,             )
15                                       )
                    Defendants.          )
16 _____)

17         Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure,

18 the parties hereby stipulate that the Complaint filed on May 21, 2013, be dismissed with prejudice,

19 each party to bear their own attorney fees and costs.

20         IT IS SO STIPULATED.

21 Dated:  January 23, 2015              BENJAMIN B. WAGNER
                                         United States Attorney
22

23                              By:    /s/Jeffrey J. Lodge
                                         JEFFREY J. LODGE
24                                       Assistant U.S. Attorney
                                         Attorneys for the United States
25

   Dated:  January 23, 2015              LAW OFFICE OF FRANK M. NUNES, INC.
26

27                              By:    /s/Frank M. Nunes
                                         FRANK M. NUNES
28                                       Attorneys for Plaintiff

_____
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER      1

**ORDER**

Pursuant to the terms of the parties' stipulation, this action has been terminated and the Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:   **January 30, 2015**                    _____ **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE