1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES KENNETH BRIDGMAN, et al.,

          Plaintiffs,

   v.

UNITED STATES OF AMERICA,

          Defendant.

_____/

Case No.  1:13-cv-00753-SKO

ORDER GRANTING REQUEST TO RELEASE FUNDS DEPOSITED INTO SEAN JENNINGS' BLOCKED ACCOUNT

(Doc. 51)

On March 21, 2024, Plaintiff Sean Jennings moved this Court for an Order directing Chase Bank located in Merced, California, to release funds that had been deposited in 2014 into an account in said Bank for the benefit of the then-minor Sean Jennings.  (Doc. 51.)

The Court ordered that any objections to the requested relief be filed by April 5, 2024, and that, absent any objections, the requested relief would be granted.  (Doc. 52.)  No objections were received.

The Court being satisfied that it was the intention of the Court and parties that the funds so deposited, and all interest accumulated thereon, be released to Sean Jennings upon his reaching the age of majority, and it appearing that Sean Jennings has reached the age of majority, the request shall be granted.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sum of Two Thousand Six Hundred Sixty-Three Dollars and Forty-Three Cents ($2,663.43), plus all interest accrued

thereon since deposit, in the Blocked Minor's Account of Sean Jennings at Chase Bank located at
800 W. Olive Avenue, Merced, CA 95348, be forthwith released to said SEAN JENNINGS.

IT IS SO ORDERED.

Dated:   **April 8, 2024**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE